# United States District Court Western District of North Carolina Statesville Division

| | | |
|---|---|---|
| **Derrick D. Boger,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-cv-00147-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Susan White et al,** | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 24, 2017 Order.

April 24, 2017

Frank G. Johns, Clerk
United States District Court